UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS, | No. 2:16-cv-0453-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 3, 2017, the court issued findings and recommendations, which recommended dismissal of this action after plaintiff failed to file an amended complaint in accordance with the court's February 24, 2017 screening order. ECF No. 11.

On May 15, 2017, plaintiff filed objections to the findings and recommendations, stating that because of a transfer to another prison, he had only recently received the court's findings and recommendations. He also states that he never received the court's February 24, 2017 screening order and requests a copy of the order, along with a copy of his 94-page complaint. ECF No. 12.

In an abundance of caution, the court will grant plaintiff an extension of time to comply with the court's February 24, 2017 screening order. Plaintiff may obtain a copy of his original complaint from the Clerk's Office at fifty cents a page. The court also notes that filing an amended complaint should not require extensive research. An amended complaint should not include legal citations and need not contain unnecessarily detailed factual allegations.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date of this order to comply with the court's February 24, 2017 screening order. Should plaintiff fail to timely comply, the findings and recommendations will be submitted to the district judge for consideration. In an abundance of caution, the Clerk of the Court shall re-serve plaintiff with a copy of the court's February 24, 2017 screening order (ECF No. 8).

DATED: May 17, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE